**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| BRAHMAN PARTNERS II, L.P., BRAHMAN PARTNERS III, L.P., BRAHMAN PARTNERS II OFFSHORE, LTD., BRAHMAN INSTITUTIONAL PARTNERS, L.P., BRAHMAN C.P.F. PARTNERS, L.P., BRAHMAN PARTNERS IV, L.P., BRAHMAN PARTNERS IV (CAYMAN), LTD., BH INVESTMENTS FUND, L.L.C., and EAST 71, LTD.**,** <br><br> Plaintiffs, <br><br> v. <br><br> VALEANT PHARMACEUTICALS INTERNATIONAL, INC., J. MICHAEL PEARSON, and HOWARD B. SCHILLER, <br><br> Defendants. | Civil Case No. _____ <br><br> **PLAINTIFFS' RULE 7.1** <br> **STATEMENT** |

In accordance with Federal Rule of Civil Procedure 7.1, Plaintiffs Brahman Partners II, L.P., Brahman Partners III, L.P., Brahman Partners II Offshore, Ltd., Brahman Institutional Partners, L.P., Brahman C.P.F. Partners, L.P., Brahman Partners IV, L.P., Brahman Partners IV (Cayman), Ltd., BH Investments Fund, L.L.C., and East 71, Ltd. state that none of them has any parent corporation, and no publicly held corporation owns 10% or more of the shares of any plaintiff.

Dated: January 22, 2018

**LOWENSTEIN SANDLER LLP**

By:     s/ Lawrence M. Rolnick
         Lawrence M. Rolnick
         One Lowenstein Drive
         Roseland, NJ  07068
         Tel. 973.597.2500
         lrolnick@lowenstein.com